```
01  DONALD L. IVERS
    GENERAL COUNSEL
02  VETERANS ADMINISTRATION

03  L. H. BENRUBI
    DISTRICT COUNSEL
04  2022 CAMINO DEL RIO NORTH
    SAN DIEGO, CALIFORNIA 92108
05
    CATHY R. LEWITT
06  STAFF ATTORNEY FOR PLAINTIFF
    TEL: (619) 557-6710
07
```

FILED
DEC 23 1988
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 23 1988
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) Plaintiff | Civil No. A-88-71946 |
| ) v. | JUDGMENT |
| ) MICHAEL G. LEAVELL ) | |
| ) Defendant ) | |

It appearing to the court that the complaint in the above-entitled action was filed in this court on OCT 27, 1988 and that after due service of process upon the defendant according to Law, no appearance, answer or other defense was served or filed herein on behalf of the defendant, and default having been duly entered as to the said defendant, on the ___DEC 23 1988___.

WHEREFORE, by reason of said default, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $ 670.93 being the total of principal as prayed for in the complaint herein, together with costs incurred in this action in the amount of $20.00

01 Judgment is to accrue interest at the legal rate.
02
03        Dated this _____ day of  DEC 2 3 1988  , 1988.
04
05                                   LEONARD A. BROSNAN
                                     Clerk, U.S. District Court
06
07
08                              By         LINDA CHAI          Deputy
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28